UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aquahlauah Phoebe Ruby Clark, | ) NO. CV 13-2325-AS ) ) |
| Plaintiff, | ) **JUDGMENT** ) ) |
| v. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

Pursuant to the "Order of Dismissal," this action is dismissed without prejudice.

DATED: February 23, 2015.

/S/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE